UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IDA GONZALEZ )<br>      Plaintiff ) | | ECF CASE |
| ) | | Case No. 1:10-cv-09456-PGG |
| vs. ) | | |
| ) | | CIVIL ACTION |
| MALCOLM S. GERALD & )<br>ASSOCIATES, INC. )<br>      Defendant ) | | |

**ACCEPTANCE OF OFFER OF JUDGMENT**

TO:    Malcolm S. Gerald & Associates, Inc., Defendant
        c/o Thomas R. Dominczyk, Esquire
        5 Walter E. Foran Blvd., Suite 2007
        Flemington, NJ 08822
        Attorney for Defendant

      TAKE NOTICE that Plaintiff, Ida Gonzalez, accepts the offer of judgment served on her by Defendant on January 31, 2011, allowing Plaintiff, Ida Gonzalez, to take judgment against Defendant, Malcolm S. Gerald & Associates, Inc. for the total sum of $1,501.00 *plus* reasonable attorney fees as agreed by and between the parties or by court order; together with costs accrued by Ida Gonzalez up to the making of the offer.

Date   January 31, 2011                      ***/s/ Bruce K. Warren***
                                                   Bruce K. Warren, Esquire
                                                   Attorney for Plaintiff
                                                   Warren & Vullings, LLP
                                                   1603 Rhawn Street
                                                   Philadelphia, PA 19111
                                                   (215)745-9800