UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

IDA GONZALEZ

                         Plaintiff,            No. 1:10-cv-09456-PGG

                                          **SATISFACTION OF**
                                          **JUDGMENT**

MALCOLM S. GERALD & ASSOCIATES, INC.

                         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

       WHEREAS, a judgment was entered in the above action on the 31st day of January, 2011 in favor of Plaintiff, Ida Gonzalez and against Defendant, Malcolm S. Gerald & Associates, Inc. in the amount of $1,501.00, and attorneys fees and costs in the amount of $2,500.00 on the 16th day of February, 2011, and said judgment with attorneys fees and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

       THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: March 2, 2011

                        Warren & Vullings, LLP

BY:  _____

                 Bruce K. Warren, Esquire
                 Attorneys for Plaintiff
                 93 Old York Road, Suite 333
                 Jenkintown, PA  19046
                 215-745-9800
                 bkw@w-vlaw.com

STATE OF PENNSYLVANIA )

           )   ss.:

COUNTY OF PHILADELPHIA )

     On the 2nd day of March, 2011, before me personally appeared, Bruce K.

Warren, Esquire, to me known and known to be a member of the firm of Warren & Vullings,

LLP, attorneys for Plaintiff in the above-entitled action, and to be the same person described

in and who executed the within satisfaction of judgment and acknowledged to me that he

executed the same.

               Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
ELLEN M. PARODI, Notary Public
City of Philadelphia, Phila. County
My Commission Expires May 24, 2013

SDNY Web 4/99