UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IDA GONZALEZ** ) | **ECF CASE** |
|     **Plaintiff** ) | |
| ) | |
| **vs.** ) | |
| ) | **STIPULATION OF VOLUNTARY** |
| **MALCOLM S. GERALD &** ) | **DISMISSAL PURSUANT TO** |
| **ASSOCIATES, INC.** ) | **F.R.C.P. 41(a)(1)(a)(ii)** |
|     **Defendant** ) | |
| ) | **Case No. 1:10-cv-09456-PGG** |

### STIPULATION OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

    IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice against the Defendant, MALCOLM S. GERALD & ASSOCIATES, INC., pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).


/s/ Bruce K. Warren                                                   /s/ Thomas R. Dominczyk
Bruce K. Warren, Esquire                                         Thomas R. Dominczyk, Esquire
Warren & Vullings, LLP                                            Maurice & Needleman, P.C.
93 Old York Road, Suite 333                                   5 Walter E. Foran Blvd., Suite 2007
Jenkintown, PA  19046                                              Flemington, NJ 08822
215-745-9800                                                              908-237-4550
bkw@w-vlaw.com                                                    trd@mnlawpc.com

Date:   March 2, 2011                                               Date:   March 2, 2011